377 A.2d 995

First Valley Bank, Appellant, v. Freiler et al.

Argued June 13, 1977. Alan M. Black, with him Efron, Black and Epstein, for appellant; William G. Ross, with him Mark S. Sigmon, for appellee.

Order affirmed on the opinion of the court below.

PRICE, J., did not participate in the consideration or decision of this case.